# THE ROMANELLO LAW FIRM, LLC
## ATTORNEYS AT LAW

JOSEPH J. ROMANELLO, JR., ESQ.
Admitted in Connecticut • Admitted in Federal Court

March 25, 2022

**VIA REGISTERED MAIL**
Ms. Merrin Accardi
335 Valley Road
Fairfield, CT 06825

Re:     **COLLECTION/LITIGATION NOTICE**

Dear Ms. Merrin Accardi:

We have been retained by Laser Body Renewal, LLC ("Laser Body Renewal") of Wilton, Connecticut to collect an outstanding debt. This notice is in an attempt to collect monies due and owing to our client pursuant to a merchant refund you received in the amount of Three Thousand Seven-Hundred Ninety-Five Dollars and Thirty-Five cents ($3,795.35).

Laser Body Renewal has attempted to resolve this matter directly with you; however its efforts have been unavailing. As a result, Laser Body Renewal is prepared to take all steps necessary, which may include contacting the appropriate authorities, initiating legal action and opening an investigation with your credit card company to collect the outstanding monies due and owing to Laser Body Renewal. We are writing prior to proceeding to contacting the appropriate authorities to initiate a single attempt for immediate payment in full for the above referenced amount of Three Thousand Seven-Hundred Ninety-Five Dollars and Thirty-Five cents ($3,795.35).

Please understand the following in regard to the outstanding payment due and owing to Laser Body Renewal:

- An initial charge of Sixteen Hundred Ninety-Nine Dollars and Ninety-Nine cents ($1,699.99) was charged on your debit card/Mastercard ending in xx33;
- A second charge of Three Thousand Three Hundred and Forty-One Dollars ($3,341.00) was charged on your American Express card ending in xx04;
- After you canceled your plan Laser Body Renewal was kind enough to give you a credit of Three Thousand Seven-Hundred Ninety-Five Dollars and Thirty-Five cents ($3,795.35) which credit was returned to your Mastercard as that is the card you provided to Laser Body Renewal;

www.romanellolawfirm.com
57 North Street, Suite 304 • Danbury, Connecticut 06810
Telephone: 203-205-0891 • Email: jjr@romanellolawfirm.com • Fax: 203-205-0892

Ms. Merrin Accardi  
Collection Demand

March 25, 2022  
Page 2 of 2

- After receiving your credit you then, with full knowledge, contacted American Express to have the Three Thousand Three Hundred and Forty-One Dollars ($3,341.00) merchant chargeback which resulted in a fraudulent chargeback; and
- Through fraudulent actions you have been unjustly enriched in the amount of Three Thousand Three Hundred and Forty-One Dollars ($3,341.00).

Unfortunately, this is a classic bait and switch between two different credit cards. As a defense firm we have been involved in similar lawsuits. Moreover, by canceling the American Express merchant charge you have been unjustly enriched and are hereby in possession of monies that do not belong to you. Fraud may be the least statutory violation you may be facing if Laser Body Renewal commences an investigation with the appropriate authorities. For this reason Laser Body Renewal demands payment within seven (7) days of receipt of this letter.

On behalf of Laser Body Renewal we hereby demand that you remit the sum of Three Thousand Three Hundred and Forty-One Dollars ($3,341.00) by certified check payable to the Romanello Law Firm or directly to Laser Body Renewal within seven (7) days of receipt of this letter. If you do not remit payment in the amount of Three Thousand Three Hundred and Forty-One Dollars ($3,341.00) by certified check payable to Romanello Law Firm or Laser Body Renewal we will have no choice but to assume that you do not intend to remit payment. Under those circumstances, we will have no choice but to immediately contact the appropriate authorities as well as institute legal action in which we will also include a claim for all legal fees and treble damages.

Sincerely,

Joseph J. Romanello Jr.

This is an effort to collect a debt and any information obtained will be used for that purpose. Unless you notify this office, in writing, within Thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt valid. Further, if you do dispute any portion of this debt in writing within the Thirty (30) day period, we will obtain verification of the debt and shall be mailed to you. If upon written request within the Thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor.