

# THE ROMANELLO LAW FIRM, LLC
## ATTORNEYS AT LAW

**JOSEPH J. ROMANELLO, JR., ESQ.**
Admitted in Connecticut • Admitted in Federal Court



EXHIBIT B

October 6, 2022

**VIA FEDEX**
Attorney Eric Lindh Foster
Eric Lindh Foster Law, LLC
48 Main Street
Old Saybrook, CT 06475

Re:   Laser Body Renewal, LLC

Dear Attorney Foster:

Enclosed you will find the check you sent on behalf of your client, Ms. Accardi. My client will not accept anything less than the full amount of $3,341.00 that is owed. Your client not only received a refund from my client and American Express, but also received services valued at $1,245.00. Thus, your offer of $2,096.35 is insufficient to cover the total loss that my client suffered.

We will be filing an appearance on behalf of the victim in your client's outstanding criminal matter on October 14, 2022, to ensure that the Prosecutor is aware of our position and our request for the full amount of restitution. We will be objecting to the granting of any type of pre-trial diversionary program, unless and until, full restitution in the amount of $3,341.00 is made. If your client wishes to pay that amount, my client will not object to any program or disposition offered to your client by the State.

If you wish to discuss a resolution to this matter prior to our involvement in the ongoing criminal matter, please contact me at 203-205-0891.

Sincerely,

Joseph J. Romanello, Jr.

www.romanellolawfirm.com
57 North Street, Suite 304 • Danbury, Connecticut 06810
Telephone: 203-205-0891 • Email: jjr@romanellolawfirm.com • Fax: 203-205-0892

